IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **NASSIR M. HAMED,** ) | **MINUTES OF COURT** |
| ) | **AND MINUTE ORDER** |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 09-718-DRH-PMF |
| ) | |
| **CITY OF BELLEVILLE, ILLINOIS,** ) | DATE: December 15, 2009 |
| ) | LOCATION: Benton |
| **Defendant.** ) | |

**PRESENT: HONORABLE PHILIP M. FRAZIER, U. S. MAGISTRATE JUDGE**

DEPUTY CLERK:  Karen R. Metheney         COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF:   Marvin L. Lindmark III

COUNSEL FOR DEFENDANT:   Brian T. Kreisler

PROCEEDINGS: Scheduling and Discovery Conference (telephonic)

    The parties believe that this matter will be most efficiently handled by cross motions for summary judgment, and that settlement is not feasible. A settlement conference is waived.