IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# NOTICE OF ERRORS
## IN ELECTRONICALLY FILED DOCUMENTS

DATE: 02/01/10               CASE NAME: Hamed v. City of Belleville, Illinois

CASE NO. : 09-718-DRH

DOCUMENT NO.: 24            DOCUMENT TITLE: Response

One of the following errors/deficiencies has been identified in the document listed above:

☒   Other: Incorrect document type selected. When electronically filing a response to request for Admissions, please select the event that best represents the document.

## ACTION TAKEN BY CLERK'S OFFICE

☒   **Notice of Errors and/or Deficiencies for informational purposes.**

## ACTION REQUIRED BY FILER

☒   **NO FURTHER ACTION REQUIRED BY FILER**. When e-filing the Response to Request for Admissions, you need to select Response/Answer to Request for Admissions under Discovery Documents.

Nancy Rosenstengel
Clerk of Court

By: s/ Debbie DeRousse
Deputy Clerk